

*AUSA*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Karla Edith TORRES-Lancon<br><br>Defendant. | Magistrate Case No.: '07 MJ 8898<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about November 2, 2007, within the Southern District of California, defendant Karla Edith TORRES-Lancon did knowingly and intentionally import approximately 36.42 kilograms (80.12 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Jose Morquecho, Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On November 02, 2007 at approximately 0710 hours, Karla Edith TORRES-Lancon entered the United States at the Calexico, California, West Port of Entry. TORRES was the driver of 1997 Nissan Pathfinder. TORRES gave Primary Officer Mercado, a negative oral customs declaration. TORRES claimed ownership of the vehicle. Officer Mercado noted that TORRES appeared nervous while answering questions. Officer Mercado tapped the vehicle's gas tank and noted that it sounded unusually solid. Officer Mercado escorted TORRES and the vehicle to the vehicle secondary lot.

In the vehicle secondary lot, Officer Mercado requested that Canine Enforcement Officer (CEO) Randolph screen the vehicle for contraband with his assigned Narcotic Detector Dog (NDD). CEO Randolph noted that his NDD alerted to the vehicle.

A subsequent inspection of the vehicle revealed 33 packages in the gas tank of the vehicle. Officer Mercado probed one of the packages and a sample of a white powdery substance was obtained, which field tested positive for cocaine. The 33 packages had a combined net weight of approximately 36.42 kilograms (80.12 pounds).

TORRES was placed under arrest and advised of her Constitutional Rights, which she acknowledged. TORRES admitted that she was going to be paid $2500.00 to bring the vehicle into the United States and leave it parked in an undisclosed location. TORRES said that the person who was paying her is known to traffick drugs and that she thought that the vehicle might contain drugs.

TORRES was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.

Executed on November 02, 2007 (date) at __2040__ (hours).

Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on _____ in violation of Title 21, United States Code, Section(s) _21 USC 952,966_   11-2-07

United States Magistrate Judge

11-2-07 @ 8:46 pm
Date/Time