**FILED**
DEC - 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3259-JAH |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of COCAINE (Felony) |
| KARLA EDITH TORRES-LANCON, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant KARLA EDITH TORRES-LANCON, did knowingly and intentionally import approximately 5 kilograms or more, to wit: approximately 36.42 kilograms (approximately 80.12 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: December 4, 2007.

KAREN P. HEWITT
United States Attorney

fv/ CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
12/3/07