AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| KARLA EDITH TORRES-LANCON | CASE NUMBER: 07CR 3259-JAH |

I, KARLA EDITH TORRES-LANCON, the above-named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony).

Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 12/4/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Karla Torres Lancon
Defendant

Defense Counsel

Before _____
       Judicial Officer

FILED
DEC 0 4 2007