1
2
3
4
5

FILED

JAN - 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6
7

8            UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,   )   Criminal No. 07cr3259-JAH
                                 )
11 |        Plaintiff,            )   **CONSENT TO RULE 11 PLEA IN A**
                                 )   **FELONY CASE BEFORE UNITED**
12 | v.                           )   **STATES MAGISTRATE JUDGE**
                                 )
13 | KARLA TORRES-LANCON,         )
                                 )
14 |        Defendant.            )
   |_____)
15

16         I have been advised by my attorney and by the United States
17 Magistrate Judge of my right to enter my plea in this case before a
18 United States District Judge.  I hereby declare my intention to enter a
19 plea of guilty in the above case, and I request and consent to have my
20 plea taken by a United States Magistrate Judge pursuant to Rule 11 of
21 the Federal Rules of Criminal Procedure.
22         I understand that if my plea of guilty is taken by the United
23 States Magistrate Judge, and the Magistrate Judge recommends that the
24 plea be accepted, the assigned United States District Judge will then
25 decide whether to accept or reject any plea agreement I may have with
26 the United States and will adjudicate guilt and impose sentence.
27 //
28 //

| | |
|---|---|
| 1 | I further understand that any objections to the Magistrate Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea. |

Dated: 12/31/07

X KARLA TORRES
KARLA TORRES-LANCON
DEFENDANT

Dated: 12/31/07

JASON I. SER
ATTORNEY FOR DEFENDANT

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge Pursuant to Criminal Local Rule 11.2.

Dated: 1/3/08

Charlotte E. Cearer
Assistant United States Attorney

H:\FORMS\Rule11MagPlea.se.wpd